/8UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

TRUSTEES FOR THE MASON TENDERS DISTRICT
COUNCIL WELFARE FUND, PENSION FUND,
ANNUITY FUND, AND TRAINING PROGRAM
FUND, *et al.*,

                    Petitioners,

      -v-

R Z UNITED CONSTRUCTION, INC.,

                    Respondent.

-------------------------------------------------------------------------X

                              26 Civ. 2961 (JPC)

                              ORDER

JOHN P. CRONAN, District Judge:

On April 10, 2026, Petitioners filed a petition to confirm an arbitration award.  Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006).  Accordingly, it is hereby ordered that Petitioners shall file and serve any additional materials with which it intends to support its petition to confirm by June 1, 2026.  Respondent's opposition, if any, is due on June 15, 2026.  Petitioners' reply, if any, is due June 22, 2026.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than June 1, 2026, and shall file an affidavit of such service with the court no later than June 3, 2026.

      SO ORDERED.

Dated: May 15, 2026
      New York, New York
                             JOHN P. CRONAN
                       United States District Judge